# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| COLETTE BELL,<br><br>    Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | Case No.: 3:20-cv-50078<br><br>NOTICE<br>OF VOLUNTARY DISMISSAL |

PLEASE TAKE NOTICE that Plaintiff Colette Bell ("Plaintiff") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the action against Defendant Synchrony Bank without prejudice.

The Defendant filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 27th day of March 2020.

PRICE LAW GROUP, APC

By: /s/ *David A. Chami*
David A. Chami, AZ #027585
8245 North 8th Way
Scottsdale, AZ 85258
T: 818-600-5564
F: 818-600-5464
david@pricelawgroup.com

By: */s/ Tarek N. Chami*
Tarek N. Chami, P76407
22000 Michigan Ave., Suite 200
Dearborn, MI 48124
T: 313-444-5029
F: 888-428-7911
tarek@pricelawgroup.com
*Attorneys for Plaintiff Colette Bell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Sincie Chacko*